

N.L. Hanover, Trustee
3600 Lime Street, Suite #616
Riverside, CA 92502-1300

Telephone: (951) 276-9292

Chapter 7 Trustee

FILED
SEP 24 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re

HI QUALITY INTL USA INC

                 Debtor.

Case No. 6:01-bk-26891-MJ
Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**
**3011**

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1044 in the sum of $3,912.88 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: September 21, 2009

_____
N.L. HANOVER
Chapter 7 Trustee

-1-

# ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID: Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM: 0.0000%

AMOUNT/BALANCE TO DISTRIBUTE: $0.00

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| #05 | LIANJUN LIU<br>331 E PHILLIPS BLVD<br>POMONA, CA 91766 | $3,333.33 | | $388.59 |
| #06 | WEIJIAN LUO<br>2079 NORDIC AVE<br>CHINO HILLS, CA 91709 | $3,384.86 | | $394.60 |
| #07 | DELIA ZAVALA<br>18285 TULLOCK<br>BLOOMINGTON, CA 92316 | $3,000.00 | | $349.73 |
| #09 | RENWEI ZHN<br>138 N 13TH AVE, #035D<br>UPLAND, CA 91786 | $3,444.00 | | $401.49 |
| #10 | BO WEI<br>935 N PARK AVE<br>POMONA, CA 91768 | $4,045.53 | | $471.62 |
| #12 | XIANGNONA ZOU<br>15629 TIMBERRIDGE LN<br>CHINO HILLS, CA 91709 | $1,854.00 | | $216.13 |
| #14 | XIYAN LIANG<br>1507 S 6TH ST<br>ALHAMBRA, CA 91803 | $560.00 | | $65.28 |
| #17 | GUIQUAN YUAN<br>1456 BATSON AVE<br>ROWLAND HEIGHTS, CA 91748 | $2,688.00 | | $313.36 |
| #21 | SHUO FANG [DAVID FANG]<br>18438 VANTAGE POINT DR<br>ROWLAND HEIGHTS, CA 91748 | $1,540.00 | | $179.53 |
| #22 | SHUO FANG [DAVID FANG]<br>18438 VANTAGE POINT DR<br>ROWLAND HEIGHTS, CA 91748 | $1,947.01 | | $226.98 |

| # | Name / Address | Amount | Tax |
|---|---|---|---|
| #23 | GEORGE FONSECA<br>25453 PALOMA RD<br>SAN BERNARDINO, CA 92410 | $594.00 | $69.25 |
| #24 | CEASAR GARCIA<br>250 N LINDEN AVE #03575<br>RIALTO, CA 92376 | $594.00 | $69.25 |
| #25 | MASICELA FERNANDEZ<br>1008 E DEODAR ST<br>APT E<br>ONTARIO, CA 91764 | $572.00 | $66.68 |
| #26 | RENE MARTINEZ<br>216 LAS BRISAS CIRCLE<br>POMONA, CA 91768 | $918.56 | $107.08 |
| #27 | FAITH BEST<br>513 EAST E STREET, #035C<br>ONTARIO, CA 91764 | $945.39 | $110.21 |
| #28 | RONG FEI SHI<br>1895 HONORE STREET<br>ROWLAND HEIGHTS, CA 91748 | $2,408.00 | $280.72 |
| #30 | GUO CHONG SHEN<br>1405 E FRANZEN AVE<br>SANTA ANA, CA 92705 | $1,736.00 | $202.38 |

**TOTALS:** $30,564.68   $0.00   $3,912.88

**CASE NUMBER:** RS-01-26891-MJ

**CASE NAME:** HI QUALITY INTL USA INC

\* Total also includes employee taxes withheld.